**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUSTIN WALKER,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**J. SANDERS, ET AL.,**<br><br>    Defendants. | Case No.: 21-CV-4666-YGR<br><br>**ORDER OF IMPENDING DISMISSAL** |

*Pro se* plaintiff Justin Walker filed this action on June 17, 2021. (Dkt. No. 1.) Defendants ACSO and Jordan Sanders filed a motion to dismiss plaintiff's complaint on July 29, 2021. (Dkt. No. 8.) Plaintiff's response to defendants' motion to dismiss was due August 12, 2021. To date, plaintiff has not responded to defendants' motion.

Accordingly, the Court hereby issues this Order of Impending Dismissal. Plaintiff shall file a response to defendants' motion to dismiss by **THURSDAY, SEPTEMBER 30, 2021**. Failure to do so shall result in dismissal without prejudice for failure to prosecute pursuant to Rule 41(b).

If plaintiff responds, defendants shall have seven days after filing to reply. The Court shall decide the motions on the papers unless it deems that a hearing is necessary.

**IT IS SO ORDERED.**

Date: September 15, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**