UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER, <br> Plaintiff, <br> vs. <br> J. SANDERS, ET AL., <br> Defendants. | Case No.: 21-CV-4666-YGR <br><br> ORDER RE PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS |

On September 15, 2021, the Court issued an order of impending dismissal after *pro se* plaintiff Justin Walker failed to respond to defendant J. Sanders' motion to dismiss. (Dkt. No. 17). The impending dismissal required plaintiff to file a response to the motion by September 30, 2021. (*Id*.) On September 28, 2021, plaintiff filed a motion to withdraw the impending dismissal of his complaint. (Dkt. No. 18.) The Court acknowledges plaintiff's filing but notes that it does not respond to defendant's motion to dismiss.

Plaintiff is advised that he MUST RESPOND substantively to the pending motion to dismiss or dismissal of his lawsuit may occur.

Accordingly, plaintiff shall file a response to defendant's pending motion to dismiss, Dkt. No. 8, by **NOVEMBER 17, 2021**. If plaintiff responds, defendants shall have seven days after filing to reply. The Court shall decide the motions on the papers unless it deems that a hearing is necessary.

**IT IS SO ORDERED.**

Date: October 28, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

Copy of Motion Dkt. No. 8 mailed to plaintiff. clerk