**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUSTIN WALKER,** | Case No.: 21-CV-4666-YGR |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| **J. SANDERS, ET AL.,** | |
| Defendants. | |

On November 29, 2021, mail directed to plaintiff was returned to the Court as undeliverable. On December 6, 2021, the Court issued an order requiring plaintiff to provide the Court with his updated address by January 28, 2022. In that order, the Court warned plaintiff that failure to provide an updated address by January 28th would result in dismissal of his lawsuit. As of date, plaintiff has failed to provide the Court with an updated address, and mail continues to be returned to the Court as undeliverable. Thus, pursuant to Northern District of California Local Rule 3-11(b), the Court hereby **DISMISSES** plaintiff's complaint **WITHOUT PREJUDICE**.

This Order terminates the case.

**IT IS SO ORDERED.**

Date: February 18, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**